Taylor, Chief-Justice,
 

 delivered the opinion of the Court
 

 The affidavit filed by the Plaintiff, i~ within the very terms of the act of 1777, sec. 10, and entitles him to jud~rnent for the sum really proved.
 

 The evidence, as to the PlaintitF's general character as a Physician, was properly rejected. Charactpr wa~ ~ot put in issue by the nature of this action, and the Defendant is eciuaily lia1~le on his assun)psit, whether
 
 *106
 
 the Plaintiff’s character were good or bad; for, if he chose to employ him as a Physician, it is not competent to him, afterwards, to say that he is not a good one, therefore, that he will not pay him. If, indeed, the Plaintiff had imposed on the Defendant by false pretensions to skill, he would have beeii responsible for any injury done him ; but, in this case, the Plaintiff is entitled to compensation for his skill and labour, whatever they might be. — The judgment must be affirmed.